UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
------------------------------------x
In re                                              Chapter 11
                                                   Case No. 15-11325 (KJC)
Citadel Energy SWD Holdings, LLC,

                Debtor.
------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Please take notice that claim #2 filed by the United States Securities and Exchange Commission ("SEC") on December 4, 2015, is hereby withdrawn by the SEC.

Dated: New York, New York
      August 4, 2017

                                      UNITED STATES SECURITIES AND
                                      EXCHANGE COMMISSION

                    By: _____
                           Patricia Schrage
                           Senior Bankruptcy Counsel
                           New York Regional Office
                           Brookfield Place, 200 Vesey St., Suite 400
                           New York, New York 10281
                           Phone: (212) 336-1100
                           Fax: (212) 336-1348
                           Schragep@sec.gov